IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02549-WYD-MEH

EUGENE H. MATHISON,

      Applicant,

v.

BLAKE R. DAVIS, Warden,

      Respondent.

---

## MINUTE ORDER

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      Applicant's Motion to Clarify Letter, filed December 18, 2009 [#12] is **GRANTED** in that the court notes Applicant's statement that he did not intend to file an "objection" to Order to File Preliminary Response.

      Dated:  December 21, 2009.