IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02549-WYD-MEH

EUGENE H. MATHISON,

      Applicant,

v.

BLAKE R. DAVIS, Warden,

      Respondent.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      Applicant's Motion to Correct Errors in Applicant's Reply, filed January 28, 2010 [#16] is **GRANTED.**

      Dated:  February 3, 2010.