IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  09-cv-02549-WYD

EUGENE H. MATHISON,

        Applicant,

v.

BLAKE R. DAVIS, Warden,

        Respondent.

---

ORDER TO CURE DEFICIENCY

---

      Applicant submitted a May 12, 2010 on Notice of Appeal.  The court has determined that the document is deficient as described in this order.  Applicant will be directed to cure the following if he wishes to pursue this appeal.

**(A)**    **Filing Fee**
      ____   is not submitted

**(B)**    **Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 in a Habeas Corpus Action**:

      ____   is not submitted
      ____   is missing affidavit
      ____   is missing required financial information
      ____   is missing an original signature by the prisoner
      ____   is not on proper form (must use the court's current form
      X   other     Trust fund account statement was not
      ____                certified by a prison official

Accordingly, it is

ORDERED that Applicant cure the deficiencies designated above within thirty (30) days from the date of this order.  Any papers that Applicant files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that the Clerk of the Court mail to Applicant, together with a copy of this order, an original and one copy of the following forms:  Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 in a Habeas Corpus Action.  It is

FURTHER ORDERED that, if Applicant fails to cure the designated deficiencies within 30 days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this <u>17th</u> day of May, 2010.

BY THE COURT:


<u>s/ Wiley Y. Daniel</u>
CHIEF JUDGE, UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLORADO